STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.           (SBN 113755)
BARRY SULLIVAN, ESQ.              (SBN 136571)
RICHARD A. LOVICH, ESQ.           (SBN 113472)
KARLENE J. ROGERS-ABERMAN (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, a California non-profit public benefit corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>AMERICAN PACIFIC CORPORATION, a Nevada for profit Corporation; and DOES 1-25, INCLUSIVE,<br><br>             Defendants. | Case No.: 2:14-cv-01865-JAM-DAD<br><br>[The Hon. John A. Mendez]<br><br>1. **STIPULATION TO CONTINUE JOINT STATUS REPORT AND RULE 26F DISCOVERY PLAN DEADLINES PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S REQUEST FOR REMAND; AND**<br><br>2. **ORDER.** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, the complaint in this lawsuit was filed on May 2, 2014 in the San Joaquin County Superior Court and removed to the United States District

- 1 -   STIPULATION TO CONTINUE JOINT STATUS REPORT SUBMISSION DEADLINE

1 | Court, Eastern District of California on August 7, 2014;

3 | WHEREAS Defendant American Pacific Corporation filed a Motion To Dismiss on August 14, 2014, in response to which Plaintiff filed an Opposition and concurrent Motion For Remand, which motions were scheduled to be heard on September 17, 2014;

8 | WHEREAS on September 10, 2014 the Court issued a Minute Order deeming the motions submitted without appearance and without argument pursuant to Local Rule 230(g);

12 | WHEREAS according to the Order Requiring Joint Status Report issued by the Hon. John A. Mendez, the parties must confer and prepare and submit a Joint Status Report, including a Rule 26(f) discovery plan within 60 days of the date of removal—*i.e.*, by October 6, 2014;

17 | WHEREAS the Court has not yet issued a ruling on Defendant's Motion To Dismiss or Plaintiff's Motion for Remand;

20 | WHEREAS the parties believe that an effective Rule 26(f) conference and discovery plan must await the court's ruling on the potentially dispositive motions in this case.  Until the motions are decided, the parties are unaware of which matters remain at issue and are therefore unable to sufficiently prepare a Joint Status Report by the current deadline.

26 | The parties therefore stipulate and agree, and respectfully request that the Court continue the dates for the parties to confer and submit a Joint Status Report and Rule 26(f) Discovery Plan until 30 days after the Court rules on the

1  pending Defendant's Motion To Dismiss and Plaintiff's Motion for Remand.

5  THE FOREGOING IS SO STIPULATED

7  Dated: 6 October 2014

STEPHENSON, ACQUISTO & COLMAN

/s/- Karlene J. Rogers-Aberman

KARLENE J. ROGERS-ABERMAN
Attorneys for
LODI MEMORIAL HOSPITAL ASSOCIATION

16 Dated: 6 October 2014

BOUTIN JONES INC.

/s/- Brian M. Taylor

BRIAN M. TAYLOR
Attorneys for
AMERICAN PACIFIC CORPORATION

# **ORDER**

Good cause appearing therefore, the Court hereby orders that the deadlines for the parties to confer and submit their Joint Status Report are hereby continued pending the Court's ruling on Defendant's Motion To Dismiss and Plaintiff's Motion For Remand.

The Court will set new dates, if appropriate, for the parties to confer and submit a Joint Status Report upon issuing its ruling on the pending motions.

IT IS SO ORDERED.

Dated: October 6, 2014

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE